# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEREK TRUNK,** | ) NO. SA CV 17-2196-DMG (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **DAVID VALENTIN, Chief of Police,** | ) |
| **City of Santa Ana California,** | ) |
| Respondent. | ) |

Pursuant to the Court's ORDER, filed concurrently herewith, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE